UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Krolikowski,

Plaintiff,

v.

Levin Roers & Aspnes, P.A., and
Rolland H. Roers, Esq., individually,

Defendant.

Civil No. 00-1135 (PAM/SRN)

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by March 1, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before September 15, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before December 1, 2000.

   b. By Defendant(s) on or before January 2, 2001.

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 4 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by October 2, 2000.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by March 15, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by the parties by May 1, 2001, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Suzanne Ruiz, 651-848-1156.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial on July 2, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 2 days.

Dated: September 6, 2000.

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge