UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Krolikowski,

Plaintiff,

vs.

ORDER FOR DISMISSAL
00-1135 PAM/SRN

Levin Roers & Aspnes, P.A., and
Rolland H. Roers, Esq., individually,

Defendants.

Upon the Stipulation of Dismissal executed by the parties and counsel herein, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that the above-entitled matter is hereby dismissed with prejudice and on the merits, without costs to either party.

DATED: December 7, 2000

PAUL A. MAGNUSON, Chief Judge
U.S. District Court

DEC 07 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Krolikowski,

Plaintiff,

vs.

STIPULATION OF DISMISSAL
00-1135 PAM/SRN

Levin Roers & Aspnes, P.A., and
Rolland H. Roers, Esq., individually,

Defendants.

The above-entitled matter having been fully compromised and settled by the parties hereto, it is hereby stipulated by and between said parties and their respective undersigned counsel, that said action may be and hereby is dismissed with prejudice and on the merits, and without further costs to either party.

The Court Administrator upon the filing of this Stipulation of Dismissal with Prejudice is hereby authorized and directed to dismiss said action of record.

This Stipulation is dated for reference purposes and effective this first day of December, 2000.

CONSUMER JUSTICE CENTER, P.A.

BY: ______________________
Thomas J. Lyons, Jr.
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
Telephone: 651/770-9707
Attorney I.D. #24946

LEVIN, ROERS & ASPNES, P.A.

BY: Rolland H. Roers
Rolland H. Roers
Attorneys for Defendants
7300 Metro Boulevard, Suite 500
Minneapolis, MN 55439
Telephone: 952/835-1088
Attorney I.D. #92745

______________________
Daniel Krolikowski
Plaintiff

Rolland H. Roers
______________________
Rolland H. Roers
Defendant Pro Se